

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis P.C. | ALBANY NY | GREENVILLE SC | MONMOUTH COUNTY NJ | RALEIGH NC |
| 44 South Broadway | ALBUQUERQUE NM | HARTFORD CT | MORRISTOWN NJ | RAPID CITY SD |
| 14th Floor | ATLANTA GA | HONOLULU HI* | NEW ORLEANS LA | RICHMOND VA |
| White Plains NY 10601 | AUSTIN TX | HOUSTON TX | NEW YORK NY | SACRAMENTO CA |
| Tel 914 872-8060 | BALTIMORE MD | INDIANAPOLIS IN | NORFOLK VA | SALT LAKE CITY UT |
| Fax 914 946-1216 | BIRMINGHAM AL | JACKSONVILLE FL | OMAHA NE | SAN DIEGO CA |
| | BOSTON MA | KANSAS CITY REGION | ORANGE COUNTY CA | SAN FRANCISCO CA |
| www.jacksonlewis.com | CHICAGO IL | LAS VEGAS NV | ORLANDO FL | SAN JUAN PR |
| | CINCINNATI OH | LONG ISLAND NY | PHILADELPHIA PA | SEATTLE WA |
| | CLEVELAND OH | LOS ANGELES CA | PHOENIX AZ | ST. LOUIS MO |
| | DALLAS TX | MADISON, WI | PITTSBURGH PA | STAMFORD CT |
| | DAYTON OH | MEMPHIS TN | PORTLAND OR | TAMPA FL |
| | DENVER CO | MIAMI FL | PORTSMOUTH NH | WASHINGTON DC REGION |
| | DETROIT MI | MILWAUKEE WI | PROVIDENCE RI | WHITE PLAINS NY |
| | GRAND RAPIDS MI | MINNEAPOLIS MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS: 914-872-6920
E-MAIL ADDRESS: JOSEPH.DIPALMA@JACKSONLEWIS.COM

May 14, 2020

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Judge
United States District Court, Southern District of New York
40 Foley Square
New York, New York 10007

Re: **Himelda Mendez v. Madelyn Jordan Fine Art, LLC**
**Case No. 1:19-cv-09178 (VSB)**

Dear Judge Broderick:

We represent Defendant Madelyn Jordan Fine Art, LLC ("Defendant") in connection with the above referenced matter. We write jointly with Bradly Marks, Esq., counsel for Plaintiff, to notify this Court that the parties have reached a settlement in principle. As such, the parties request that all dates be adjourned until such time the parties file a stipulation of dismissal, which we anticipate being filed within 30 days.

Thank you for your consideration.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Joseph J. DiPalma*
Joseph J. DiPalma

cc: All counsel (via ECF)